UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16 CR 80179 DTKH

18 U.S.C. § 1542
18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)

FILED
OCT 27 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – W.P.B.

UNITED STATES OF AMERICA

vs.

MONICA PATRICIA ROMERO JORGE,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 26, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONICA PATRICIA ROMERO JORGE,**

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented her name was "D.M.F.R.," when in truth and in fact, and as the defendant then and there well knew, her name was not "D.M.F.R.," in violation of Title 18, United States Code, Section 1542.

1

## COUNT 2

On or about March 15, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONICA PATRICIA ROMERO JORGE,**

an alien, did knowingly make a false statement and claim that she was a citizen of the United States, with the intent to obtain on behalf of herself a State benefit, in that the defendant presented a birth certificate from the Commonwealth of Puerto Rico, a driver's license from the State of California, and a social security card in the name of "D.M.F.R.," as proof of her identity and citizenship, to induce and secure the issuance of a State of Florida Driver's License, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 3

On or about March 15, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**MONICA PATRICIA ROMERO JORGE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that she was a citizen of the United States, with the intent to obtain on behalf of herself a State benefit, that is, a State of Florida Driver's License, as alleged in Count 2, did knowingly possess and use, without lawful authority, the

mean of identification of another person, that is, the name, social security number, and date of birth of "D.M.F.R.," in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE

_____
GRAND JURY FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MONICA PATRICIA ROMERO JORGE,

    Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

    Miami ____    Key West ____
    FTL ____    WPB __x__    FTP ____

New Defendant(s)    Yes ____ ____ No
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __x__ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | __x__ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No __x__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____   No __x__

                                              _____
                                            MARK DISPOTO
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Court Id. No. A5501143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: __MONICA PATRICIA ROMERO JORGE__

**Case No.** _____

**Count 1:**

Making a False Statement in an Application for a United States Passport

Title 18, United States Code, Section 1542

**\*Max. Penalty:**   10 years' imprisonment; 3 years supervised release; $250,000 fine

**Count 2:**

False Claim of United States Citizenship to Obtain a State Benefit

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:**   5 years' imprisonment; 3 years supervised release; $250,000 fine

**Count 3:**

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   2 years' imprisonment consecutive; 1 year supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, supervised release and fine.   It does not include possible restitution, special assessments, or forfeitures that may be applicable.**